Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No.  CR03-343FDB |
|        Plaintiff, | |
|    vs. | **ORDER WAIVING PRESENCE OF DEFENDANT NAHUM AT RESTITUTION HEARING** |
| ERIK DERI, TANYI DERI, YUVAL DEREI, and YOSEF NAHUM , | |
|        Defendants. | |

     This matter having come before the Court, on motion of the Defendant Nahum, and it appearing that he has knowingly, intelligently and voluntarily waived his presence at the restitution hearing, IT IS HEREBY ORDERED that the Defendant Nahum's presence at the restitution hearing is waived and the United States Marshals are ordered to refrain from transporting Mr. Nahum to this District for purposes of the hearing.

ORDER WAIVING PRESENCE OF
DEFENDANT NAHUM AT
RESTITUTION HEARING  - 1

*Gilbert H. Levy*
Attorney at Law
200 Market Place Two
2001 Western Avenue
Seattle, Washington  98121
(206) 443-0670  Fax: (206) 448-2252

1    Dated this 4th day of August, 2005.

2

3

4    _____

5    FRANKLIN D. BURGESS
     UNITED STATES DISTRICT JUDGE

6

7    Presented by:

8    /s/  Gilbert H. Levy
     _____
     Gilbert H. Levy, WSBA 4805

9    Attorney for Defendant Nahum

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER WAIVING PRESENCE OF
DEFENDANT NAHUM AT
RESTITUTION HEARING  - 2

*Gilbert H. Levy*
Attorney at Law
200 Market Place Two
2001 Western Avenue
Seattle, Washington  98121
(206) 443-0670  Fax: (206) 448-2252

C:\DOCUME~1\etucker0\LOCALS~1\Temp\notes603
0C8\restitution waiver order.doc